**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. 2:07-CR-132 PPS |
| DOZIER T. ALLEN, JR., *et al.,* | ) ) | |
| Respondent. | ) | |

## ORDER

This matter is set for a status hearing tomorrow, March 17, 2009. Counsel for Defendant Albert Young has filed two motions to continue the upcoming pretrial conference and trial in this case. (DE 67, 73.) The Court intends to grant Defendant Young's motions. The purpose of tomorrow's hearing is to determine whether or not to continue the trial as to the remaining defendants. Therefore, Defendant Albert Young and his attorney Kelly White Gibson are not required to appear at tomorrow's status hearing.

**SO ORDERED**.

**ENTERED**: March 16, 2009.

                                                      s/ Philip P. Simon
                                                     PHILIP P. SIMON, JUDGE
                                                     UNITED STATES DISTRICT COURT